IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Celisha Towers                                  )
_____    )           FILED
_____    )           DEC 10 2021
_____    )
(Enter above the full name of the Plaintiff(s))  )           Clerk, U.S. District Court
                                                 )           By: _____ Deputy Clerk
vs.                                              )   Case Number 21-4089-JWL-ADM
                                                 )
Unified Government of Wyandotte and Kansas City, KS
Name                                             )
710 N 7th St.                                    )
Street and number                                )
Kansas City      Kansas      66102               )
City             State       ZipCode             )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

     (In item A below, place your name in the first blank and place your present address in the
     second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

     A.   Name of plaintiff   Celisha Towers
          Address   11216 Delaware Parkway #4409
                    Kansas City, Kansas 66109

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant **Unified Government of Wyandotte County and Kansas City Kansas et al,** is employed at **Government**

C. Additional Defendants **Michael Abbott Election Commissioner; Board of Canvassers; Henry Couchman Jr; Jeffrey Conway; SueZanne Bishop;**

II. Jurisdiction: **USC § 1331; 14th Amendment; 19th Amendment;**

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of **Kansas**.

2. The first-named defendant above is either

   a. a citizen of the State of **Kansas**; or

   b. a corporation incorporated under the laws of the State of **Kansas** and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

   a. a citizen of the State of _____; or

   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☒ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article____, Section____;
Statute, US Code, Title __18__, Section __242__.

☒ 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☒ 3. Other grounds (specify and state any statute which gives rise to such grounds):

14th Amendment; 19th Amendment of the U.S. Constitution; Title 52 - Voting Elections; The Voting Rights Act of 1965; The Civil Rights Act of 1964;

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Michael Abbott employed by Unified Government purged and rejected over 15,000 eligible valid ballots in favor of Plaintiff during General Election on Nov. 2, 2021. Michael Abbott acted under the Color of Law when he deprived and intentionally purged over 15,000 voter ballots, violating 14th Amendment, 19th Unified Government

IV. Relief:

1. The Voting Rights Act of 1965 — Michael Abbott
Michael Abbott 2. Deprived Plaintiff/Citizens of Civil Rights Act of 1964;
(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)
Michael Abbott 3. Deprived Citizens/plaintiff of 14th Amendment;
Michael Abbott 4. Deprived Plaintiff of 19th Amendment;
Michael Abbott 5. Deprived plaintiff of Title 18 Section 242;

Injunctive Relief: Revoke Certificate of Daniel Soptic; Re-issue Certificate of Election and swear in as Sheriff;
– Manuel Ballot Recount; Update Voting Records of voter turnout rate – votes cast

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X]   No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [X]   No [ ]

VII. Do you claim punitive monetary damages?   Yes [X]   No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

- Punitive Damages no less than 25,000,000.00
- Back Pay of Sheriff Salary starting from Dec. 13, 2021 Swearing in date.
- Attorney Fees awarded;
- Any other damages court deems proper and just

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☒  No ☒

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

NOTICE OF CONTEST; State Judge denied plaintiff of Due Process and allowed untimely Motion; Didn't make these claims specifically;

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

Did not make these federal claims in Notice of Contest. These are original claims being made.

IX. Related Litigation:

Please mark the statement that pertains to this case:

☐ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☒ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

Celisha Towers
Name (Print or Type)

1216 Delaware Pkwy #4409
Address

Kansas City, KS 66109

<u>Kansas City    KS    66109</u>
City         State         Zip Code

<u>816-562-8973</u>
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita,   ☐ Kansas City , or   ☒ Topeka} , Kansas as the
                                          (Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury {   ☒ Yes or   ☐ No  }
                                         (Select One)

_____
Signature of Plaintiff

Dated: <u>12/10/21</u>
(Rev. 10/15)